UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>THOMAS SANDGAARD,<br>ANNA LUCSOK,<br>    Defendants. | Criminal No.: 26-CR-0005-JJM-PAS<br><br>**FILED UNDER SEAL** |

### MOTION TO UNSEAL AND/OR CONFIRM UNSEALING OF INDICTMENT

The United States Attorney for the District of Rhode Island, through undersigned counsel, moves that the Sealing for the above-captioned Indictment be lifted and/or confirmed as lifted now that both defendants have been arrested.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

CHARLES C. CALENDA
United States Attorney

  /s/ Sara Miron Bloom
Sara Miron Bloom
First Assistant United States Attorney
Peter Roklan
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel (401) 709-5015
Sara.bloom@usdoj.gov

SO ORDERED:

_____
JUDGE JOHN J. McCONNELL, JR.
UNITED STATES JUDGE

DATE: _____